UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>LUCAS O. KENNEDY,<br><br>               Defendant. | CASE NO. CR10-5186 BHS<br><br>ORDER DENYING DEFENDANT'S MOTION TO TRANSFER JURISDICTION FOR SUPERVISED RELEASE |

This matter comes before the Court on Defendant Lucas O. Kennedy ("Mr. Kennedy") motion for transfer of jurisdiction (Dkt. 31). The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

Pursuant to 18 U.S.C. § 3605, the statute authorizing federal courts to transfer jurisdiction over a probationer, Mr. Kennedy requests transfer to of jurisdiction for his supervised release to the district court of Oregon. Dkt. 31 at 1. Although Mr. Kennedy states in his declaration that Portland, Oregon will be his domicile (Dkt. 31-1 at 2), in an additional declaration, Mr. Kennedy indicates that "until he can get into Oxford House in

ORDER - 1

1  Oregon" (a place for sober living (Dkt. 31-1 at 2)) he will be living with friend, who is

2  domiciled in Vancouver, Washington. Dkt. 31-3 at 2. Mr. Kennedy provides the friend's

3  address, which is indeed a Vancouver address. *Id*.

4      Because Vancouver, Washington is within the jurisdiction of the Western District

5  of Washington, the Court denies Mr. Kennedy's motion to transfer jurisdiction to the

6  district court of Oregon.  However, should Mr. Kennedy decide to change is residence to

7  the state of Oregon, he may renew the process for seeking transfer of jurisdiction.

8      Therefore, it is hereby **ORDERED** that Mr. Kennedy's motion to transfer

9  jurisdiction (Dkt. 31) is **DENIED.**

10      Dated this 19th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge